IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEBORA KITCHEN, individually and
as ADMINISTRATIX OF THE
ESTATE OF SHAWN KITCHEN,

*FILED ELECTRONICALLY*

CIV. ACTION NO. 3:19-cv-01936

      Plaintiff,

      vs.

CLINTON COUNTY, WELLPATH
LLC, KARL PECHT, HOLLY
BARRETT, CHRISTAL MILLER,
CYNTHIA MANN, ASHELY
BECHDEL, CATHY PERRY,
POWELL, MOORE, MUTHLER, AND
WATSON.

      Defendants.

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Kindly enter the appearance of Benjamin M. Lombard, Esquire and the law firm of Weber Gallagher on behalf of Wellpath, LLC in the above-captioned lawsuit.

Respectfully submitted,

WEBER GALLAGHER SIMPSON STAPLETON
FIRES & NEWBY LLP

BY:  <u>/s/ Benjamin M. Lombard</u>
      Benjamin M. Lombard, Esquire
      blombard@wglaw.com
      PA322376
      WEBER GALLAGHER SIMPSON
      STAPLETON FIRES & NEWBY, LLP

Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

## **CERTIFICATE OF SERVICE**

I, Benjamin M. Lombard, Esquire, hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was sent by CM-ECF on all counsel of record, to the following:

Alexander B Wright, Esq.
The Law Offices of Timothy P. O'Brien
535 Smithfield Street
Suite 1025
Pittsburgh, PA 15222
*Counsel for Plaintiff*

/S/ Benjamin M. Lombard
Benjamin M. Lombard, Esquire

Dated:     November 15, 2019