IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEBORA KITCHEN, individually and
as ADMINISTRATIX OF THE
ESTATE OF SHAWN KITCHEN,

*FILED ELECTRONICALLY*

CIV. ACTION NO. 3:19-cv-01936

    Plaintiff,

vs.

CLINTON COUNTY, WELLPATH LLC, KARL PECHT, HOLLY BARRETT, CHRISTAL MILLER, CYNTHIA MANN, ASHELY BECHDEL, CATHY PERRY, POWELL, MOORE, MUTHLER, AND WATSON.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Samuel H. Foreman, Esquire and the law firm of Weber Gallagher on behalf of Wellpath, LLC in the above-captioned lawsuit.

    Respectfully submitted,

    WEBER GALLAGHER SIMPSON STAPLETON
    FIRES & NEWBY LLP

BY:   /s/ Samuel H. Foreman
       Samuel H. Foreman, Esquire
       sforeman@wglaw.com
       PA77096
       WEBER GALLAGHER SIMPSON
       STAPLETON FIRES & NEWBY, LLP

Four PPG Place
5th Floor
Pittsburgh, PA 15222
(412) 281-4541
(412) 281-4547 FAX

# **CERTIFICATE OF SERVICE**

I, Samuel H. Foreman, Esquire, hereby certify that on this date a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was sent by CM-ECF on all counsel of record, to the following:

Alexander B Wright, Esq.
The Law Offices of Timothy P. O'Brien
535 Smithfield Street
Suite 1025
Pittsburgh, PA 15222
*Counsel for Plaintiff*

/S/ Samuel H. Foreman
Samuel H. Foreman, Esquire

Dated:     November 15, 2019