UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA KITCHEN, individually and as ADMINISTRATRIX OF THE ESTATE OF SHAWN KITCHEN,<br>                      Plaintiff<br><br>v.<br><br>CLINTON COUNTY, WELLPATH LLC f/k/a CORRECT CARE SOLUTIONS, LLC; KARL PECHT; HOLLY BARRETT; CHRISTAL MILLER; CYNTHIA MANN; ASHELY BECHDEL; CATHY PERRY; [FIRST NAME UNKNOWN] POWELL; [FIRST NAME UNKNOWN] MOORE; [FIRST NAME UNKNOWN] MUTHLER; and [FIRST NAME UNKNOWN] WATSON,<br>                      Defendants. | NO. 3:19-CV-1936<br><br>(JUDGE MARIANI) |

**AND NOW, THIS 8TH DAY OF JUNE 2020,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Karl Pecht's Motion to Dismiss Portions of Plaintiff's Complaint (Doc. 43) is **Granted** with respect to Count IV and Count IV is **DISMISSED** as to Defendant Pecht. The Motion is **DENIED** in all other respects.

Robert D. Mariani
United States District Judge