UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORA KITCHEN, individually and as ADMINISTRATRIX OF THE ESTATE OF SHAWN KITCHEN, <br>                  Plaintiff <br><br> v. <br><br> CLINTON COUNTY, WELLPATH LLC f/k/a CORRECT CARE SOLUTIONS, LLC; KARL PECHT; HOLLY BARRETT; CHRISTAL MILLER; CYNTHIA MANN; ASHELY BECHDEL; CATHY PERRY; [FIRST NAME UNKNOWN] POWELL; [FIRST NAME UNKNOWN] MOORE; [FIRST NAME UNKNOWN] MUTHLER; and [FIRST NAME UNKNOWN] WATSON, <br>                  Defendants. | NO. 3:19-CV-1936 <br><br> (JUDGE MARIANI) |

**AND NOW, THIS 8TH DAY OF JUNE 2020,** upon consideration of Defendants Clinton County, Powell, Moore, Muthler and Watson's Motion To Dismiss (Doc. 22) and all accompanying briefs and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion is **DENIED**.

                                                                                         */s/ Robert D. Mariani*
                                                                                       Robert D. Mariani
                                                                                       United States District Judge